# IN THE SUPREME COURT OF THE STATE OF NEVADA

KEVIN FULLRE,
                    Appellant,
              vs.
THE STATE OF NEVADA,
                    Respondent.

No. 73296

FILED

AUG 1 8 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
        DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court order denying a pretrial petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Douglas W. Herndon, Judge.

When our initial review of the documents in this appeal revealed a potential jurisdictional defect, we ordered appellant to show cause why this appeal should not be dismissed for lack of jurisdiction. Specifically, it appeared that an order denying a pretrial petition for a writ of habeas corpus is not appealable. *See Sheriff v. Gillock*, 112 Nev. 213, 912 P.2d 274 (1996); *Gary v. Sheriff*, 96 Nev. 78, 605 P.2d 212 (1980). In response, counsel for appellant states that he has no opposition to the legal analysis in the order to show cause. Accordingly, we conclude that we lack jurisdiction, and we

ORDER this appeal DISMISSED.[1]

_____, J.
Gibbons

_____, J.                                 _____, J.
Parraguirre                                          Stiglich

---

[1]The district court's order allowing counsel for appellant to withdraw is of no effect in this court. *See* NRAP 46(d)(1). Thus, counsel's motion to withdraw based on the district court's action is denied.

cc: Hon. Douglas W. Herndon, District Judge
The Law Office of Dan M. Winder, P.C.
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk
Kevin Fullre
Clark County Public Defender

SUPREME COURT
OF
NEVADA

(O) 1947A

2